05 - 1○○○

AO 243   (Rev. 2/95)

**MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

| United States District Court | District Dist. Of Massachusetts | |
|---|---|---|
| Name of Movant<br>Franz Guzman | Prisoner No.<br>24826-038 | Case No.<br>1:03CR 10309-001<br>(RWZ) |
| Place of Confinement<br>FCI Schuylkill  POB 759  Minersville Pa. 17954 | | |

| UNITED STATES OF AMERICA | V. | Franz Guzman  aka Antonio Camacho |
|---|---|---|
| | | (name under which convicted) |

## MOTION

1. Name and location of court which entered the judgment of conviction under attack

    District Of Massachusetts One Courthouse Way Boston Mass 02210

2. Date of judgment of conviction
    10/27/04

3. Length of sentence
    120 months

4. Nature of offense involved (all counts)

    Violation Of 21 U.S.C. 846/853

    Poss. W. Intent To Distrib. Cocaine Base/Cocaine/Heroin
    AND Drug Forfeiture Infraction

5. What was your plea? (Check one)
    (a) Not guilty        ☐
    (b) Guilty            ☒    Via Plea Agreement
    (c) Nolo contendere   ☐

    If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

    N/A

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
    (a) Jury         ☐
    (b) Judge only   ☐
                        N/A Via Plea Adjudication

7. Did you testify at the trial?
    Yes ☐    No ☒

8. Did you appeal from the judgment of conviction?
    Yes ☐    No ☒

(2)

AO 243 (Rev. 2/95)

9. If you did appeal, answer the following:

   (a) Name of court

   (b) Result

   (c) Date of result     N/A All

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?
   Yes ☐    No ☒

11. If your answer to 10 was "yes," give the following information:

   (a) (1) Name of court

      (2) Nature of proceeding

                N/A ALL

      (3) Grounds raised

      (4) Did you receive an evidentiary hearing on your petition, application or motion?
         Yes ☐    No ☒

      (5) Result

               N/A

      (6) Date of result

   (b) As to any second petition, application or motion give the same information:

      (1) Name of court

      (2) Name of proceeding     N/A

      (3) Grounds raised

                 N/A

(3)

AO 243   (Rev. 2/95)

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐   No ☐

    (5) Result              N/A ALL
    (6) Date of result

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
    (1) First petition, etc.        Yes ☐   No ☒
    (2) Second petition, etc.    Yes ☐   No ☒   N/A

(d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

                N/A

        * Please also see attached Memorandum Of Law In Support Of Grounds 1-4 As Enclosed

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

<u>CAUTION: If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.</u>

    For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.
    Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of these grounds.
(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.

(4)

AO 243    (Rev. 2/95)

 (c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
 (d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
 (e) Conviction obtained by a violation of the privilege against self-incrimination.
 (f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
 (g) Conviction obtained by a violation of the protection against double jeopardy.
 (h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
 (i) Denial of effective assistance of counsel.
 (j) Denial of right of appeal.

A. Ground one:

The Petitioner sentence of 10years stands in violation of Due Process rights because he was denied the right of jury participation in determining same.
Supporting FACTS (state *briefly* without citing cases or law):

See Attached Memorandum Of Law

B. Ground two:

The Petitioner can establish "Cause and Prejudice" wherein he is "actually innocent" of the sentence as imposed
Supporting FACTS (state *briefly* without citing cases or law):

See Attached Memorandum Of Law

C. Ground three:

The Supreme Court ruling(s) regarding Blakely v. Wash. (and other cases) 150 LEd. 403 124 S. Ct.2531 (2004) brings the Petitioner's sentencing issues to new light.
Supporting FACTS (state *briefly* without citing cases or law):

See Attached Memorandum Of Law

(5)

AO 243     (Rev. 2/95)

D. Ground four:

Petitioner was declared via enhancements as "Career Offender" via the improper use of his "priors" in sentence calculation.

Supporting FACTS (state *briefly* without citing cases or law):

See Attached Memorandum Of Law

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them:

None of A-D due to my ignorance of the law, foreign birth and lack of English language skills, etc. Also only now are these issues presentable due to the Supreme Court ruling of "new rule", "new law" nature or fashion which permit me to yes, appeal now. Formerly, my then counsel abandoned me on these and other issues.

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
    Yes ☐     No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

   (a) At preliminary hearing

   Attorney Leo Sorokin
   406 Atlantic Ave, 3rd Floor
   Boston, MA 02110

   (b) At arraignment and plea

   (c) At trial

   (d) At sentencing

(6)

AO 243   (Rev. 2/95)

    (e) On appeal

        None

    (f) In any post-conviction proceeding

        None

    (g) On appeal from any adverse ruling in a post-conviction proceeding

        None

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☐     No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐     No ☒

    (a) If so, give name and location of court which imposed sentence to be served in the future:

        N/A

    (b) Give date and length of the above sentence:

        N/A

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐     No ☐     N/A

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding. and an accompanying Evidentiary Hearing with Counsel assigned thereto as required by law.     None Pro-Se

                                            Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on
03-30 , 2005
Date

                                          Franz Guzman
                                          Signature of Movant
                                        Franz Guzman

(7)

AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

FOR THE _____ District of __MASSACHUSETTS__

Franz Guzman aka Antonio Camacho
    Plaintiff

V.

The United States Of America

    Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 1:03CR 10309-001
§ 2255 Action No. To Be Assigned

I, __Franz Guzman_____ declare that I am the (check appropriate box)
☒ petitioner/plaintiff/movant     ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)
   If "Yes," state the place of your incarceration __FCI Schuylkill POB 759 Minersville, Pa. 17954__
   Are you employed at the institution? __YES__ Do you receive any payment from the institution? __YES__
   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions. Forthcoming; I earn indigent level jail wages

2. Are you currently employed?    ☐ Yes    ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.
       N/A

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
       None due to incarceration

3. In the past 12 twelve months have you received any money from any of the following sources?
   a. Business, profession or other self-employment    ☐ Yes    ☒ No
   b. Rent payments, interest or dividends    ☐ Yes    ☒ No
   c. Pensions, annuities or life insurance payments    ☐ Yes    ☒ No
   d. Disability or workers compensation payments    ☐ Yes    ☒ No
   e. Gifts or inheritances    ☐ Yes    ☒ No
   f. Any other sources    ☐ Yes    ☒ No

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

    N/A

AO 240 Reverse (Rev. 10/03)

4. Do you have **any** cash or checking or savings accounts?  ☐ Yes  ☒ No

   If "Yes," state the total amount. _____None_____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☐ Yes  ☒ No

   If "Yes," describe the property and state its value.

   N/A

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   None

I declare under penalty of perjury that the above information is true and correct.

__03-30__, 2005             _Franz Guzman_
   Date                      Signature of Applicant
                             Franz Guzman, Pro-Se

NOTICE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

AO 240A (Rev. 1/94)

# UNITED STATES DISTRICT COURT

| FOR THE | District of | Massachusetts |

Franz Guzman aka Antonio Camacho

    Plaintiff

V.

The United States Of America

    Defendant

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

CASE NUMBER: 1: 03CR 10309-001

§ 2255 Action No. To Be Assigned

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

☐ GRANTED.

    ☐ The clerk is directed to file the complaint.

    ☐ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

ENTER this _____ day of _____, _____.

_____
Signature of Judicial Officer

_____
Name and Title of Judicial Officer