UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FRANZ GUZMAN a/k/a ANTONIO CAMACHO
    Petitioner

V.

CIVIL ACTION

NO.   05CV10669-RWZ

UNITED STATES OF AMERICA
    Respondent

## ORDER OF DISMISSAL

ZOBEL, D. J.

In accordance with the Court's Memorandum of Decision dated   6/8/05   summarily dismissing this petition for writ of habeas corpus under 28 U.S.C. §2255, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

6/9/05
Date

s/ Lisa A. Urso
Deputy Clerk

(2254 Dismissal Order.wpd - 12/98)                                    [odism.]